CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
for Roanoke
FILED
DEC - 3 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT LEE WALLER,<br>Petitioner, | Civil Action No. 7:07-cv-00516 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that Waller's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, and this case shall be **STRICKEN** from the active docket of the court.

Waller is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 3rd day of December, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge

4